UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. MJ 10-54 |
| Plaintiff, | ) | |
| v. | ) | DETENTION ORDER |
| JOSEPH ALEXANDER RAMSAY, | ) | |
| Defendant. | ) | |

<u>Offense charged</u>:	Conspiracy to Possess Cocaine with Intent to Distribute; Possession of a Firearm in Furtherance of a Drug Trafficking Crime

<u>Date of Detention Hearing</u>:	February 17, 2010

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

(1) Defendant was not interviewed by Pretrial Services. Most of his background

DETENTION ORDER
PAGE 1

information is unknown or unverified. He also has pending probation violation charges from the Central District of California, Case Number SACR06-00015, which may be transferred to this District under case number MJ10-66.

(2) Defendant's past criminal history includes bench warrant activity and violation of court orders. His probation officer from the Central District of California indicates that he absconded from supervision in December 2008.

(3) Defendant poses a risk of nonappearance due to unknown or unverified background information, a history of warrant activity and violations of court orders, and pending probation violation charges. He poses a risk of danger due to the nature of the charges and criminal history.

(4) There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant

01         is confined shall deliver the defendant to a United States Marshal for the purpose

02         of an appearance in connection with a court proceeding; and

03   (4)    The clerk shall direct copies of this Order to counsel for the United States, to

04         counsel for the defendant, to the United States Marshal, and to the United States

05         Pretrial Services Officer.

06   DATED this <u>17th</u> day of February, 2010.

07

08                                      Mary Alice Theiler
                                     United States Magistrate Judge

09

10

11

12

13

14

15

16

17

18

19

20

21

22

DETENTION ORDER
PAGE 3